**MIKE FARRELL, PLLC**
ATTORNEY-AT-LAW

REGIONS PLAZA, SUITE 2180                                                  601-948-8030 TEL
210 E. CAPITOL ST.                                                            601-948-8032 FAX
JACKSON, MISSISSIPPI 39201                                         mike@farrell-law.net

August 17, 2012



J.T. Noblin, Clerk
United States District Court
Southern District of Mississippi
P.O. Box 23552
Jackson, MS  39225-3552

       Re:     <u>Jerry Ivey v. Robinson Aviation (RVA), Inc.</u>, No. 3:11-cv-265 filed 5/5/11
                <u>Merritt McKay v. Baker Hughes</u>, 2:09-cv-31 filed 2/25/09
                <u>Larry Davis v. Div. Well Logging, Inc.</u>, No. 3:08-cv-611 filed 10/3/08

Dear Mr. Noblin:

      I filed the above cases (now closed) under the Uniform Services Employment and Reemployment Rights Act (USERRA), 38 U.S.C. § 4301 *et seq*. At the time of filing, I paid the $350 filing fee. I was not aware at that time that a plaintiff cannot be charged a filing fee under this statute. The statute provides that "no fees or court costs may be charged or taxed against a plaintiff claiming rights under this Chapter." 38 U.S.C. § 4323(h)(1).

      I would appreciate your looking into a refund of those filing fees. If you have any questions, feel free to call at any time.

                                                              Sincerely,

                                                               Mike Farrell

MF/smh

Mike Farrell, PLLC
210 E. Capitol Street
Regions Plaza, Suite 2180
Jackson, MS  39201




J.T. Noblin, Clerk
United States District Court
Southern District of Mississippi
P.O. Box 23552
Jackson, MS  39225-3552